# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Hanlon Gas Processing, Ltd.,     * From the 91st District
                    Court of Eastland County,
                    Trial Court No. CV-12-42842.

Vs. No. 11-13-00003-CV       * July 11, 2013

Eastland County Water Supply     * Per Curiam Memorandum Opinion
District and the City of Eastland,     (Panel consists of: McCall, J.,
                    Willson, J., and Hill, sitting by
                    assignment)

This court has considered Hanlon Gas Processing, Ltd., Eastland County Water Supply District, and the City of Eastland's joint motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring the same.